UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Galvin et al</u>

       v.                                Civil No. 15-cv-386-JL

<u>Specialized Loan Servicing LLC</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 9, 2015.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: February 16, 2016

cc:   Mark B. Galvin, pro se
       Jenny Galvin, pro se
       Kevin P. Polansky, Esq.