UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Mark B. Galvin</u>

       v.                                         Civil No. 15cv386-JL

<u>Specialized Loan Servicing LLC</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 5, 2016.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: April 22, 2016

cc:   Mark B. Galvin, pro se
      Jenny Galvin, pro se
      Kevin P. Polansky, Esq.